NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD P. WICKWARE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3033

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100220-I-1.

---

## ON MOTION

---

## ORDER

Ronald P. Wickware moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___DEC 2 0 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ronald P. Wickware
    Katherine M. Smith, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK